# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>NETGEAR, INC.,<br><br>　　　　　　Defendant. | C.A. No. 1:21-cv-1120-MN-CJB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant NETGEAR, Inc. hereby stipulate, subject to the approval of the Court, that all claims brought by Plaintiff in this action are hereby dismissed with prejudice. The parties agree that each party shall bear its own costs, expenses, and attorneys' fees.

Dated: October 26, 2023

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| By: /s/ James M. Lennon<br>James M. Lennon (No. 4570)<br>Peter Akawie Mazur (No. 6732)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 440-9010<br>jlennon@devlinlawfirm.com<br>pmazur@devlinlawfirm.com | By: /s/ Jennifer Ying<br>Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Jonathan K. Waldrop<br>Darcy L. Jones<br>Marcus A. Barber<br>John W. Downing<br>Heather S. Kim<br>ThucMinh Nguyen<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065<br>(650) 453-5170 | Amr O. Aly<br>JENNER & BLOCK LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 891-1600 |
| | Lisa M. Schoedel<br>Yusuf Esat<br>Mitchell L. Denti<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>(312) 222-9350 |
| Paul G. Williams<br>KASOWITZ BENSON TORRES LLP<br>1230 Peachtree Street N.E., Suite 2445<br>Atlanta, GA 30309<br>(404) 260-6080 | *Attorneys for Defendant<br>NETGEAR, Inc.* |

*Attorneys for Plaintiff<br>WSOU Investments, LLC d/b/a<br>Brazos Licensing and Development*

SO ORDERED this 26th day of October 2023.

_____
The Honorable Maryellen Noreika
United States District Judge

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this 26th day of October, 2023, via the Court's CM/ECF system.

                                                                                         /s/ James M. Lennon
                                                                                         James M. Lennon